IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02435-GPG

JOHN R. YELLOW BOY,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the Court on the motion titled "Motion to Amend and Response to Preanswer" (ECF No. 14) that Applicant filed on December 11, 2014. The December 11 motion appears to be a reply to the pre-answer response (ECF No. 12) Respondent filed on October 29, 2014. The October 22, 2014, order (ECF No. 8) to file pre-answer response allowed Applicant twenty-one days from the filing of the pre-answer response to file a reply. The deadline to file a reply was November 9, 2014.

    However, the Court will treat the December 11 motion as a combination motion for extension of time to file a reply and the reply itself. Therefore, the request in the December 11 motion for an extension of time to file a reply is GRANTED. Applicant will be allowed **fifteen (15) days from the date of this minute order** in which to notify the Court if he disagrees with the Court's characterization of his December 11 motion as a reply to the pre-answer response. Otherwise, the Court will treat the December 11 motion as a reply to the pre-answer response.

Dated: December 16, 2014